THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM FADEN, Known as SAM FAGAN, Appellant. (Appeal No. 4. Information Docket No. 13337.) — Judgment convicting defendant of the crime of usury (Banking Law, § 357)

affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent for the reasons stated in Appeal No. 1 (*ante*, p. 777).